# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. ) | |
| AND ) | |
| JPMORGAN SECURITIES, INC. ) | |
|     Plaintiffs, ) | |
| ) | Case No. 08 CV 3004 |
| v. ) | |
| ) | Judge Nordberg |
| LESLIE (PETER) DEGROOT, ) | Magistrate Judge Denlow |
| PETER FORAN, FEI WANG, ) | |
| MICHAEL DICOSOLA, ) | |
| DAVID JAKUBS, KITTY SCHREIBER, ) | |
| GRAEME WILSON, CLAIRE CHOINERE ) | |
| ALAN ARRRIETA, NADINE AZZAM ) | |
| and UBS FINANCIAL SERVICES, INC., ) | |
| ) | |
|     Defendants. ) | |

Pursuant to Rule 41(a), Plaintiffs voluntarily dismisses this action.


s/ _____
Gregory H. Andrews

CHICAGO\2453183.1
ID\GHA