# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Samuel Der-Yeghiayan |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3004 | **DATE** | 5/23/2008 |
| **CASE TITLE** | JPMorgan Chase Bank, et al. Vs. Leslie Degroot, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' emergency motion for temporary restraining order [6] is stricken as improper. Plaintiffs' complaint alleges one of the Plaintiffs is a citizen of New York and one of the Defendants is a Citizen of New York. Under the requirements for complete diversity, all Plaintiffs must be different citizens then all Defendants. Therefore, diversity is lacking.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|